UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS



FEB 0 4 2019

Clerk, U.S. District Court
Texas Eastern

| CRAIG CUNNINGHAM, Plaintiff, | § § § § |  |
|---|---|---|
| v. | § § | 4:19-cv-00850 |
| Entertech, Inc., dba Kidcasting, Igor Reiant, Made Simple Ventures, LLC | § § § § |  |
| Defendant |  |  |

**Plaintiff's Notice of Settlement**

1. The parties in the case have reached a resolution and are currently exchanging paperwork and signatures. The Plaintiff requests the court stay all deadlines for 30 days in order to facilitate an orderly resolution in this case and conserve the resources of all parties.

*Craig Cunningham*
Plaintiff,        2/1/2019

3000 Custer Road, ste 270-206, Plano, Tx 75075

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** <br> **Plaintiff,** <br><br> v. <br><br> Entertech, Inc., dba Kidcasting, Igor Reiant, Made Simple Ventures, LLC <br><br> **Defendant** | § § § § § § § § § § §   4:19-cv-00850 |

**Plaintiff's Certificate of Service**

I hereby certify a true copy of the foregoing was emailed to the attorney for the defendants on 2/1/2019

*Craig Cunningham*
Plaintiff,                    2/4/2019

3000 Custer Road, ste 270-206, Plano, Tx 75075