UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>Plaintiff,<br><br>v.<br><br>Entertech, Inc., dba Kidcasting, Igor Reiant,<br>Made Simple Ventures, LLC<br><br>**Defendant** | §<br>§<br>§<br>§<br>§ 4:19-cv-00850<br>§ **4:18cv850**<br>§<br>§<br>§ |

**Plaintiff's Motion to Dismiss All Parties With Prejudice**

1. To the Honorable US District Court:

2. The Plaintiff wishes to dismiss his claims against all parties with prejudice.

*Craig Cunningham*
Plaintiff,                    2/21/2019

3000 Custer Road, ste 270-206, Plano, Tx 75075

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** <br> **Plaintiff,** <br><br> v. <br><br> Entertech, Inc., dba Kidcasting, Igor Reiant, Made Simple Ventures, LLC <br><br> **Defendant** | § <br> § <br> § <br> § <br> § 4:19-cv-00850 <br> § <br> § <br> § <br> § |

**Plaintiff's Certificate of Service**

I hereby certify a true copy of the foregoing was mailed and emailed to the defendants of record in this case.

*Craig Cunningham*
Plaintiff,              2/21/2019

3000 Custer Road, ste 270-206, Plano, Tx 75075