# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18cv850 |
| | § | |
| ENTERTECH, INC. D/B/A KIDCASTING, ET AL. | § § § | |

### TRANSFER ORDER

It is hereby **ORDERED** that the above-named civil action is transferred to the Honorable Richard A. Schell, effective immediately.

**SIGNED this 1st day of March, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE